IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RUBEN LARAY JEFFERY, <br> TDCJ No. 01851926, <br><br> Plaintiff, <br><br> v. <br><br> DR. STEVEN LOPEZ, et. al., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 7:17-CV-00062-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Texas Tech Medical and Tommy Norwood are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SIGNED** this 27th day of July, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE