# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| RUBEN LARAY JEFFERY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:17-CV-00062-M-BP |
| § | |
| DR. STEVEN LOPEZ, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice. By separate judgment, all of the Plaintiff's claims will be **DISMISSED** without prejudice.

**SIGNED** this 23rd day of April, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE